United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **EDGAR SANDOVAL CONTRERAS,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **Civil Action No. 4:26-cv-02362** |
| | § | |
| **RAYMOND THOMPSON, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

A review of Petitioner's request to proceed *in forma pauperis* reveals that Petitioner cannot afford to pay the filing fee. Accordingly, Petitioner's application to proceed *in forma pauperis* (ECF No. 9) is **GRANTED**.

There are no remaining issues to be resolved. Accordingly, the Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on May 7, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE